IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. |
| SEALED DOCUMENT | : | ORDER SEALING SUPPORTING AFFIDAVIT TO CRIMINAL |
| | : | COMPLAINT |

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Supporting Affidavit to Criminal Complaint be sealed and kept from public inspection until further Order of this Court.

_____
SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE